**ALANA B. ANAYA, SBN 195758**
**JONATHAN MALEK SBN 235125**
**ANAYA LAW GROUP**
2629 Townsgate Road, Suite 140
Westlake Village, CA 91361
Tel: (805) 230-9222
Fax: (805) 230-9221
Email: alana@anayalawgroup.com

Attorneys for Plaintiff,
VAZGEN KHACHATRYAN

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAHEN MARTIROSIAN | ) **Bankruptcy No.  1:15-bk-11139-MB**<br>)<br>) ADVERSARY NO. 16-AP-01091<br>)<br>) **NOTICE OF  PLAINTIFF'S**<br>) **EMERGENCY MOTION FOR A**<br>) **TEMPORARY RESTRAINING ORDER**<br>) **PREVENTING CITY NATIONAL**<br>) **FINANCE FROM FORECLOSING ON**<br>) **PROPERTY COMMONLY KNOWN AS**<br>) **4705 EXCELENTE, WOODLAND HILLS,**<br>) **CALIFORNIA; DECLARATION OF**<br>) **ALANA ANAYA, DECLARATION OF**<br>) **VAZGEN KHACHATRYAN**<br>)<br>) |
| _____<br><br>VAZGEN KHACHATRYAN<br><br>              Plaintiff,<br><br>vs.<br><br>SHAHEN   MARTIROSIAN;   CPI   REAL<br>ESTATE GROUP, INC., doing business as<br>REALTY    EXECUTIVES    PREMIERE<br>ESCROW        DIVISION;       VIRGINIA<br>MARTIROSIAN;               ANAHIT<br>HARUTYUNYAN;    4705    EXCELENTE<br>INC.,     a  California  corporation;  CITY<br>NATIONAL   FINANCE,  a  business  entity<br>form unknown and DOES 1 to 100 inclusive,<br>_____     Defendants | )<br>)<br>)<br>)<br>) DATE:<br>) TIME:<br>) COURTROOM: 303<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

Vazgen Khachatryan ( "Plaintiff"), as Plaintiff in the above-captioned adversary proceeding, by and through its undersigned attorneys, hereby moves (the "Motion") this Court on an expedited basis, pursuant to section 105(a) of Title 11 the United States Code (the "Bankruptcy Code") and Federal Rule of Civil Procedure 65(b), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7065, for the entry of order (a) temporarily enjoining the Defendants from foreclosure of the property commonly known as 4705 Excelente, Woodland Hills, California and (b) setting a hearing date on a preliminary injunction.

**The emergency basis for this motion is that City National Finance has declared its intention for foreclose on the property on December 28, 2016, a restraining order is needed to preserve the status quo pending trial.**

.

WHEREFORE, Plaintiff respectfully requests that the Court:  (i) grant this Motion and the relief requested herein; (ii) enter a temporary restraining order pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7065, (iii) enter a preliminary injunction following a hearing, and (iv) grant such further relief as this Court deems just and proper. A proposed order has been lodge with the court.

Dated:  12/22/16

Anaya Law Group
By   /s/Alana B. Anaya
Alana B. Anaya
Attorneys for the Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2629 Townsgate Road, Suite 140, Westlake Village, CA 91361

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/22/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alana B Anaya ☐ ☐ alana@anayalawgroup.com, alana.anaya@sbcglobal.net
- Amy L Goldman (TR) ☐ ☐ gabriela.garcia@lewisbrisbois.com, AGoldman@iq7technology.com
- Jilbert Tahmazian ☐ ☐ jilbert@jilbertlaw.com, aram@jilbertlaw.com
- United States Trustee (SV) ☐ ☐ ustpregion16.wh.ecf@usdoj.gov
- Benjamin A Yrungaray ☐ ☐ attorney@denovofirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 10/28/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

|  |  |
|---|---|
|  |  |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _12/22/16_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2016 | Jonathan Malek | /s/Jonathan Malek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**