| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALANA B. ANAYA, SBN 195758<br>ANAYA LAW GROUP<br>2629 Townsgate Road, Suite 140<br>Westlake Village, CA 91361<br>Tel: (805) 230-9222<br>Fax: (805) 230-9221<br>Email: alana@anayalawgroup.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* **Vazgen Khachatryan** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Shahen Martirosian<br><br>Debtor(s). | CASE NO.: **1:15-bk-11139-MB**<br>CHAPTER: 7<br>ADVERSARY NO.: **1:16-ap-01091-MB** |
|---|---|
| VAZGEN KHACHATRYAN<br><br>Plaintiff(s),<br>vs.<br><br>SHAHEN MARTIROSIAN; CPI REAL ESTATE GROUP, INC., doing business as REALTY EXECUTIVES PREMIERE ESCROW DIVISION; VIRGINIA MARTIROSIAN; ANAHIT HARUTYUNYAN; 4705 EXCELENTE INC., a California corporation; CITY NATIONAL FINANCE, a business entity form unknown and DOES 1 to 100 inclusive,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): **PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER PREVENTING CITY NATIONAL FINANCE FROM FORECLOSING ON PROPERTY COMMONLY KNOWN AS 4705 EXCELENTE, WOODLAND HILLS, CALIFORNIA** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER PREVENTING CITY NATIONAL FINANCE FROM FORECLOSING ON PROPERTY COMMONLY KNOWN AS 4705 EXCELENTE, WOODLAND HILLS, CALIFORNIA**
was lodged on (*date*) 12/22/2016 and is attached. This order relates to the motion which is docket number 22.

---
[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2629 Townsgate Road, Suite 140, Westlake Village, CA 91361

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) 12/22/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alana B Anaya    alana@anayalawgroup.com, alana.anaya@sbcglobal.net
- Amy L Goldman (TR)    gabriela.garcia@lewisbrisbois.com, AGoldman@iq7technology.com
- Jilbert Tahmazian    jilbert@jilbertlaw.com, aram@jilbertlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Benjamin A Yrungaray    attorney@denovofirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) 12/22/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/22/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge:
Hon. Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 342 / Courtroom 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2016 | Jonathan Malek | /s/Jonathan Malek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**