1  **ALANA B. ANAYA, SBN 195758**
   **JONATHAN MALEK SBN 235125**
2  **ANAYA LAW GROUP**
   2629 Townsgate Road, Suite 140
3  Westlake Village, CA 91361
   Tel: (805) 230-9222
4  Fax: (805) 230-9221
   Email: alana@anayalawgroup.com
5
   Attorneys for Plaintiff,
6  VAZGEN KHACHATRYAN

7
## UNITED STATES BANKRUPTCY COURT
8
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

10 In re:                                             ) **Bankruptcy No.  1:15-bk-11139-MB**
                                                     )
11 SHAHEN MARTIROSIAN                                ) ADVERSARY NO. 16-AP-01091
                                                     )
12                                                   ) **ORDER ON PLAINTIFF'S**
13                                                   ) **EMERGENCY  MOTION FOR A**
                                                     ) **TEMPORARY RESTRAINING ORDER**
14                                                   ) **PREVENTING CITY NATIONAL**
                                                     ) **FINANCE FROM FORECLOSING ON**
15                                                   ) **PROPERTY COMMONLY KNOWN AS**
                                                     ) **4705 EXCELENTE, WOODLAND HILLS,**
16                                                   ) **CALIFORNIA; DECLARATION OF**
                                                     ) **ALANA ANAYA, DECLARATION OF**
17                                                   ) **VAZGEN KHACHATRYAN**
                                                     )
18                                                   )

19
                                                     )
20 _____           )
                                                     )
21 VAZGEN KHACHATRYAN                               )
                                                     )
           Plaintiff,                                ) DATE:
22                                                   ) TIME:
                                                     ) COURTROOM: 303
23 vs.                                               )
                                                     )
24 SHAHEN MARTIROSIAN; CPI REAL                     )
   ESTATE GROUP, INC., doing business as            )
25 REALTY EXECUTIVES PREMIERE                       )
   ESCROW DIVISION; VIRGINIA                        )
26 MARTIROSIAN; ANAHIT                              )
   HARUTYUNYAN; 4705 EXCELENTE                      )
27 INC., a California corporation; CITY             )
   NATIONAL FINANCE, a business entity              )
28 form unknown and DOES 1 to 100 inclusive,        )
           Defendants                                )

---

ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER        1

_____

TO DEFENDANT CITY NATIONAL FINANCE:

YOU *(AND EACH OF YOU)* ARE HEREBY ORDERED TO SHOW CAUSE at _____*(time)* on _____ *(date)*, or as soon thereafter as counsel may be heard in the courtroom _____ , located at 21041 Burbank Boulevard, Woodland Hills, CA 91367 *(address)*, why you, your officers agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from: ***any actions including in furtherance with the foreclosure of or transfer of the property commonly known as* 4705 Excelente, Woodland Hills, California.** PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees and attorneys and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from: ***any actions including in furtherance with the foreclosure of or transfer of the property commonly known as* 4705 Excelente, Woodland Hills, California.**

The above Temporary Restraining Order is effective on Plaintiff's filing an undertaking in the sum of $0.00.  This Order to Show Cause and supporting papers shall be deemed served as of this date as the Defendants have consented to electronic service via ECF. Any response or opposition to this Order to Show Cause must be filed and served on Plaintiff's counsel no later than _____ court days before the date set for hearing.

###

---

ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

2