1

**ALANA B. ANAYA, SBN 195758**
**JONATHAN MALEK SBN 235125**

2

**ANAYA LAW GROUP**
2629 Townsgate Road, Suite 140

3

Westlake Village, CA 91361
Tel: (805) 230-9222

4

Fax: (805) 230-9221
Email: alana@anayalawgroup.com

5

6

Attorneys for Plaintiff,
VAZGEN KHACHATRYAN

7

FILED & ENTERED

DEC 23 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier       DEPUTY CLERK

8

**UNITED STATES BANKRUPTCY COURT**

CHANGES MADE BY COURT

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

In re:

) **Bankruptcy No.  1:15-bk-11139-MB**

11

SHAHEN MARTIROSIAN

) ADVERSARY NO. 16-AP-01091

12

) **ORDER SETTING A HEARING ON**

13

) **PLAINTIFF'S EMERGENCY  MOTION**
) **FOR A TEMPORARY RESTRAINING**

14

) **ORDER PREVENTING CITY**
) **NATIONAL FINANCE FROM**

15

) **FORECLOSING ON PROPERTY**
) **COMMONLY KNOWN AS 4705**

16

) **EXCELENTE, WOODLAND HILLS,**

17

) **CALIFORNIA [DKT. 22]**

18

)

19

)

VAZGEN KHACHATRYAN

) **TRO HEARING**

20

) DATE: **December 27, 2016**

Plaintiff,

) TIME:  **10:30 a.m.**

21

) COURTROOM: 303

vs.

)

22

)

SHAHEN    MARTIROSIAN;    CPI    REAL )

23

ESTATE GROUP, INC., doing business as )
REALTY    EXECUTIVES    PREMIERE )

24

ESCROW    DIVISION;    VIRGINIA )
MARTIROSIAN;    ANAHIT )

25

HARUTYUNYAN;    4705    EXCELENTE )
INC.,    a    California    corporation;    CITY )

26

NATIONAL FINANCE, a business entity )
form unknown and DOES 1 to 100 inclusive,  )

27

Defendants )

28

TO DEFENDANT CITY NATIONAL FINANCE <u>AND ALL DEFENDANTS</u>:

<u>The Court, having considered Plaintiff's *Emergency Motion for a</u>
<u>Temporary Restraining Order Preventing City National Finance From Foreclosing on</u>
<u>Property Commonly Known as 4705 Excelente, Woodland Hills, California* (Dkt. 22,</u>
<u>the "Emergency Motion") and the declarations in support thereof, and having</u>
<u>considered the pleadings filed in this adversary proceeding and the underlying</u>
<u>bankruptcy case, and good cause appearing,</u>

1.    <u>Defendant City National Finance is</u> HEREBY ORDERED TO
SHOW CAUSE at **10:30 a.m. on December 27, 2016,** or as soon thereafter as counsel
may be heard in the courtroom 303, located at 21041 Burbank Boulevard, Woodland
Hills, CA 91367  why City National Finance and its officers agents, servants,
employees and attorneys and those in active concert or participation with City National
Finance, should not be restrained and enjoined pending ~~trial of this action~~ <u>a further</u>
<u>hearing</u> from: ***any actions including in furtherance with the foreclosure of or***
***transfer of the property commonly known as* 4705 Excelente, Woodland Hills,**
**California <u>(the "Property")</u> <u>including the trustee's sale currently set for</u>**
**<u>December 28, 2016 at 10:30 a.m.</u>.**

~~PENDING HEARING on the above Order to Show Cause, you, your officers, agents,~~
~~servants, employees and attorneys and all those in active concert or participation with~~
~~you or them ARE HEREBY RESTRAINED AND ENJOINED from: *any actions*~~
~~*including in furtherance with the foreclosure of or transfer of the property*~~
~~*commonly known as* 4705 Excelente, Woodland Hills, California.~~

~~The above Temporary Restraining Order is effective on Plaintiff's filing~~
~~an undertaking in the sum of $0.00.  This Order to Show Cause and supporting papers~~
~~shall be deemed served as of this date as the Defendants have consented to electronic~~
~~service via ECF.~~

1       2.     Plaintiff shall serve this Order and written notice of the December

2 27, 2016 hearing so that it is received by 4:00 p.m. on December 23, 2016 by:

3            a.     counsel for City National Finance; and

4            b.     counsel for the other defendants in this adversary

5 proceeding.

6 Plaintiff shall serve this Order and written notice of the December 27, 2016 hearing so

7 that it is received on December 26, 2016 by All American Foreclosure Service as the

8 trustee identified in the Notice of Trustee's Sale attached as exhibit "K" to the

9 Emergency Motion.

10       3.     By 4:00 p.m. on December 23, 2016, Plaintiff shall provide

11 telephonic notice of the hearing on:

12            a.     counsel for City National Finance; and

13            b.     counsel for the other defendants in this adversary

14 proceeding; and

15            c.     All American Foreclosure Service.

16       4.     Any response or opposition to this Order to Show Cause ~~must be~~

17 ~~filed and served on Plaintiff's counsel no later than _____ court days before the date~~

18 ~~set for hearing.~~ may be presented at the hearing.

19 \\

20 \\

21 \\

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28 \\

ORDER SETTING HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR A TRO

3

5.      <u>Plaintiff shall make his declarants in support of the Emergency
Motion available at the hearing for cross-examination.  If any party files written
opposition to the Emergency Motion, declarants in support of such opposition shall be
available at the hearing for cross-examination.</u>

6.      <u>Plaintiff shall file his proof of service in compliance with this
Order at, or prior to, the hearing.</u>

###

Date: December 23, 2016

Martin R Barash
United States Bankruptcy Judge

ORDER SETTING HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR A TRO

4