| | |
|---|---|
| 1 | **ALANA B. ANAYA, SBN 195758** |
| | **JONATHAN MALEK SBN 235125** |
| 2 | **ANAYA LAW GROUP** |
| | 2629 Townsgate Road, Suite 140 |
| 3 | Westlake Village, CA 91361 |
| | Tel: (805) 230-9222 |
| 4 | Fax: (805) 230-9221 |
| | Email: alana@anayalawgroup.com |
| 5 | |
| | Attorneys for Plaintiff, |
| 6 | VAZGEN KHACHATRYAN |

**FILED & ENTERED**

**FEB 16 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Ogier       DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | In re: | ) Bankruptcy No. 1:15-bk-11139-MB |
| 11 | SHAHEN MARTIROSIAN | ) Adversary No. 16-AP-01091 |
| 12 | | ) **ORDER:** ~~TO CONTINUE FOR EXTENDED~~ |
| 13 | | ) **[1] EXTENDING THE TEMPORARY RESTRAINING ORDER;** |
| 14 | | ) **[2] CONTINUING THE HEARING ON THE ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION AND** |
| 15 | | |
| 16 | | |
| 17 | | ) **[3] CONTINUING STATUS CONFERENCE** |
| 18 | | |
| 19 | VAZGEN KHACHATRYAN | ) HEARING DATE: February 13, 2017 |
| 20 | Plaintiff, | ) TIME: 1:30 PM |
| 21 | vs. | ) COURTROOM: 303 |
| 22 | SHAHEN MARTIROSIAN; CPI REAL ESTATE GROUP, INC., doing business as REALTY EXECUTIVES PREMIERE ESCROW DIVISION; VIRGINIA MARTIROSIAN; ANAHIT HARUTYUNYAN; 4705 EXCELENTE INC., a California corporation; CITY NATIONAL FINANCE, a business entity form unknown and DOES 1 to 100 inclusive, Defendants | ) CONTINUED DATE: February 16, 2017 |
| 23 | | ) TIME: 5:00 PM |
| 24 | | ) COURTROOM: 303 |

ORDER CONTINUING HEARING AND EXTENDED TEMPORARY RESTRAINING ORDER

1

The hearing on Plaintiff's motion for a preliminary injunction set for February 13, 2017, at 1:30 pm in Courtroom 303 came on for hearing. Appearances were taken by the court and the court orders as follows:

1. The status conference and the hearing on the motion for a preliminary injuction set for February 13, 2017, at 1:30 pm in Courtroom 303, are continued to February 16, 2017, at 5:00 pm in Courtroom 303. The hearing is a telephonic appearance only.
2. The Temporary restraining order issued on December 27, 2016, shall remain in effect through and including February 16, 2017.
3. Other than as modified by this order, the temporary restraining order issued on December 27, 2017, remains in full force and effect along with all additional orders and requirements set forth therein.

###

Date: February 16, 2017

Martin R Barash
United States Bankruptcy Judge

ORDER CONTINUING HEARING AND EXTENDED TEMPORARY RESTRAINING ORDER

2