

**FILED & ENTERED**

**FEB 16 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:15-bk-11139-MB |
| SHAHEN MARTIROSIAN, | Chapter 7 |
| Debtor. | Adv. Proc. No.  1:16-ap-01091-MB |
| VAZGEN KHACHATRYAN, | |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| vs. | Hearings on O.S.C. re Issuance of Preliminary Injunction |
| SHAHEN MARTIROSIAN, VIRGINIA MARTIROSIAN, ANAHIT HARUTYUNYAN, CPI REAL ESTATE GROUP, INC. dba REALTY EXECUTIVES PREMIERE ESCROW DIVISION, 4705 EXCELENTE INC., CITY NATIONAL FINANCE, | Date:  February 1, 2017<br>Time:  1:30 p.m.<br>Ctrm:  303 |
| Defendants. | Date:  February 13, 2017<br>Time:  1:30 p.m.<br>Ctrm:  303 |
| | Date:  February 16, 2017<br>Time:  5:00 p.m.<br>Ctrm:  303 |

**PRELIMINARY INJUNCTION**

**TO DEFENDANT CITY NATIONAL FINANCE, INC.:**

On December 27, 2016, the Court conducted a hearing on the *Emergency Motion for a Temporary Restraining Order Preventing City National Finance From Foreclosing on Property Commonly Known as 4705 Excelente, Woodland Hills, California* (Dkt. 22, the "Emergency Motion") filed by Plaintiff Vazgen Khachatryan ("Plaintiff") after notice and service to the defendants in this Adversary Proceeding. On that same date the Court entered its *Temporary Restraining Order, Order to Show Cause Regarding Issuance of a Preliminary Injunction, etc.* (Dkt. 31, the "OSC re Preliminary Injunction").

On February 1, 2017 and February 13, 2017, the Court held evidentiary hearings on the OSC re Preliminary Injunction. At the conclusion of those hearings, the Court continued the hearing on the OSC re Preliminary Injunction to February 16, 2017 at 5:00 p.m. and extended the TRO through and including February 16, 2017. Plaintiff was represented at the hearings by Alana Anaya and Jonathan Malek. Defendants Shahen Martirosian, Virginia Martirosian, Anahit Harutyunyan, CPI Real Estate Group, Inc. dba Realty Executives Premiere Escrow Division, and 4705 Excelente Inc. were collectively represented by Jilbert Tahmazian. Defendant City National Finance was represented by Benjamin A. Yrungaray. Having considered the parties' papers filed in support of and in opposition to the Emergency Motion and the OSC re Preliminary Injunction, the testimony of Plaintiff, Jamal N. Dawood of City National Finance, Defendants Shahen Martirosian, Virginia Martirosian, Anahit Harutyunyan, and expert witnesses offered by Plaintiff and Defendant City National Finance, the oral arguments of counsel as well as other pleadings and papers on file in this Adversary Proceeding, as well as the main bankruptcy case, other good cause appearing, and for the reasons stated on the record and to be set forth in greater deetail in the Court's separate Memorandum of Decision, **IT IS HEREBY ORDERED** that **DEFENDANT CITY NATIONAL FINANCE**, as well as their officers, agents, servants, employees, and attorneys, and all other persons or entities in concert or participation with any of them whether acting directly or through any corporation or other entity, including without limitation, All American Foreclosure Service, and any escrow company employed by City National Finance in connection with the real property located at 4705 Excelente, Woodland Hills, California (the "Property") are **RESTRAINED AND**

1  **ENJOINED** pending trial of this Adversary Proceeding from foreclosing on, enforcing any deed of
2  trust against, or facilitating the transfer of the Property.  This Preliminary Injunction is effective
3  without the Plaintiff filing an undertaking for the reasons stated on the record and to be set forth in
4  greater detail in the Court's separate Memorandum of Decision

###

Date: February 16, 2017

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

---

**PRELIMINARY INJUNCTION**